UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGG COX | ) |
|        **Plaintiff** | ) Case Number: 09-3682 |
| vs. | ) CIVIL COMPLAINT |
| NCO FINANCIAL SYSTEMS, INC. | ) |
|        **Defendant** | ) JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, GREGG COX, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

                BY: /s/ Bruce K. Warren
                    Bruce K. Warren, Esquire
                    Attorney for Plaintiff
                    Attorney I.D. #89677
                    Warren & Vullings, LLP
                    1603 Rhawn Street
                    Philadelphia, PA  19111
                    215-745-9800